UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY RODRIGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>   Defendants. | Case No.: 19cv1215-AJB(MSB)<br><br>**ORDER SETTING IN-PERSON SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

An Early Neutral Evaluation Conference was held on October 11, 2019. Pursuant to the discussions with the parties, the Court sets a follow-up Settlement Conference for **December 6, 2019**, at **1:30 p.m.** in the chambers of the Honorable Michael S. Berg, United States Magistrate Judge, **located at 221 West Broadway, second floor, San Diego, California, 92101.** All parties and counsel, except Paula McGee who was granted leave to appear telephonically, shall be present at the conference. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.

/ / /

/ / /

1

| | |
|---|---|
| 1 | The Case Management Conference, previously scheduled for October 11, |
| 2 | 2019, is hereby continued until **December 6, 2019**, at **1:30 a.m.** |
| 3 | **IT IS SO ORDERED.** |
| 4 | Dated: October 11, 2019 |

Honorable Michael S. Berg
United States Magistrate Judge

2

19cv1215-AJB(MSB)